Dismissed and Memorandum Opinion filed January 21, 2010.

 




In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01038-CR

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

PENNY RAE SAGE, Appellee

 



On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 47,522A



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, signed by
appellant’s counsel, has been filed with this Court. See Tex. R.
App. P. 42.2. Because this court
has not issued an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel
consists of Justices Frost, Boyce, and Sullivan.

Do not publish
C Tex. R. App. P. 47.2(b).